# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| PEHR J. KOMSTADIUS, | )<br>) |
| Plaintiff, | ) |
| v. | ) Case No. CV415-320 |
| UNITEDHEALTH GROUP, INC., et al., | )<br>)<br>) |
| Defendants. | ) |

## ORDER

The Court having reviewed and considered the petitions of Megan E. Troy and Amanda A. Sonneborn of the law firm of Seyfarth Shaw LLP, 131 South Dearborn Street, Suite 2400, Chicago, Illinois 60603, for permission to appear pro hac vice on behalf of defendants UnitedHealth Group, Inc., et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Megan E. Troy and Amanda A. Sonneborn as counsel of record for defendants UnitedHealth Group, Inc., et al., in this case.

**SO ORDERED** this __7th__ day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA