IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| PEHR J. KOMSTADIUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. CV 4:15-cv-320-WTM-GRS |
| UNITEDHEALTH GROUP INCORPORATED, | ) |
| FIDELITY STOCK PLAN SERVICES, LLC and | ) |
| FIDELITY BROKERAGE SERVICES, LLC, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' NOTICE IN RESPONSE TO APRIL 29, 2016 ORDER**

Defendants UnitedHealth Group, Inc. ("UnitedHealth"), Fidelity Stock Plan Services, LLC, and Fidelity Brokerage Services LLC (collectively, "Fidelity"), collectively "Defendants," hereby submit the following notice in response to the Court's April 29, 2016 Order denying Plaintiff's motion to remand:

1. On November 19, 2015, Plaintiff Pehr J. Komstadius ("Plaintiff") filed the Complaint in the Superior Court of Chatham County, State of Georgia. (ECF No. 1-1.)

2. On December 18, 2015, Defendants removed the lawsuit to the Southern District of Georgia. (ECF No. 1.)

3. On January 7, 2016, Plaintiff filed a Motion to Remand and for Payment of Costs. (ECF No. 7.)

4. On April 29, 2016, the Court denied Plaintiff's Motion to Remand and for Payment of Costs and directed Defendants to file an amended notice of removal within fourteen days from the date of the Order. (ECF No. 26.)  In its order, the Court stated that it believed "that an award of reasonable attorney's fees and costs would be appropriate if this case were

remanded." (ECF No. 26 at 12.)

5. Defendants are unable to file an amended notice of removal consistent with the Court's April 29, 2016 Order and understand that this will result in the Court's remanding the lawsuit to the Superior Court of Chatham County, State of Georgia.

6. Plaintiff's counsel has provided the amount of fees arising from the removal with statements of the basis to Defendants' counsel and it is Defendants' intent to resolve issues with respect to the Court's Order on attorney's fees and costs, any such agreement to be subject to the Court's decision whether to schedule a hearing on the subject. Defendants request that they be given one week, until Friday, May 20, 2016, to advise the Court as to whether the parties can resolve those issues.

7. Counsel for Plaintiff has advised the undersigned that the one week time extension requested by Defendants is not opposed.

WHEREFORE, Defendants request that they be given one week, until May 20, 2016, to advise the Court as to whether the parties can agree on the attorney's fees and costs issue.

Date: May 13, 2016

Respectfully submitted,

UNITEDHEALTH GROUP INC., FIDELITY STOCK PLAN SERVICES, LLC and FIDELITY BROKERAGE SERVICES, LLC

By: s/Megan Troy_____

    Erin McPhail Wetty
    Georgia Bar No. 165259
    SEYFARTH SHAW LLP
    1075 Peachtree Street, N.E.
    Suite 2500
    Atlanta, Georgia  30309-3962
    Telephone:  (404) 885-1500
    Facsimile:(404) 892-7056
    ewetty@seyfarth.com

    Amanda Sonneborn (admitted *pro hac vice*)
    Megan Troy (admitted *pro hac vice*)
    SEYFARTH SHAW LLP
    131 Dearborn Street
    Suite 2400
    Chicago, Illinois 60603
    Telephone: (312) 460-5965
    Facsimile: (312) 460-7965
    asonneborn@seyfarth.com
    mtroy@seyfarth.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| PEHR J. KOMSTADIUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:15-cv-320-WTM-GRS |
| v. | ) |
| | ) |
| UNITEDHEALTH GROUP INCORPORATED, FIDELITY STOCK PLAN SERVICES, LLC and FIDELITY BROKERAGE SERVICES, LLC, | ) ) ) ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I certify that on May 13, 2016, a copy of the foregoing **NOTICE IN RESPONSE TO APRIL 29, 2016 ORDER** was served on all counsel of record, via the Court's ECF system:

s/Megan Troy
Megan Troy

26964242v.3