FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 MAY 16 PM 3:44
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

PEHR J. KOMSTADIUS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV415-320
)
UNITEDHEALTH GROUP, INC.; )
FIDELITY STOCK PLAN SERVICES, )
LLC; and FIDELITY BROKERAGE )
SERVICES, LLC; )
)
    Defendants. )
)

**ORDER**

Before the Court is Defendants' Notice in Response to April 29, 2016 Order. (Doc. 27.) In the notice, Defendants state that they are unable to file an amended notice of removal providing the citizenships of Defendant LLC's members. (Id. at 2.) Defendants recognize that this failure mandates that the Court remand this case and that the payment of fees is warranted. (Id.) However, Defendants request that the Court delay scheduling a hearing on fees to allow the parties to resolve the issue independently. (Id.) Defendants' request is **GRANTED**. Defendants are **DIRECTED** to inform the Court, no later than Friday, May 20, 2016, whether the parties were able to resolve the question of fees.

SO ORDERED this 16th day of May 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA