IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

PEHR J. KOMSTADIUS, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV415-320
 )
UNITEDHEALTH GROUP, INC.; )
FIDELITY STOCK PLAN SERVICES, )
LLC; and FIDELITY BROKERAGE )
SERVICES, LLC; )
 )
    Defendants. )
 )

**O R D E R**

On January 7, 2016, Plaintiff filed a Motion to Remand and For Payment of Costs. (Doc. 7.) In the motion, Plaintiff requested that the Court remand the case on the basis that Defendants had failed to adequately plead diversity jurisdiction. (Id. at 4.) Specifically, the notice of removal did not include a list of the individual members, along with their citizenships, of FMR, LLC-the single member of Defendant Fidelity Stock Plan Services. See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1021-22 (11th Cir. 2004) (for purposes of diversity jurisdiction, limited liability company is citizen of every state in which members are citizens). On April 29, 2016, the Court denied the motion. (Doc. 26.) While the Court recognized the existence of jurisdictional defects, the Court directed Defendants to file an amended notice

of removal curing those defects. (Id.) On May 13, 2016, Defendants notified the Court that they were unwilling to file an amended notice of removal pursuant to the Court's order. (Doc. 27 at 2.) Defendants recognized that this failure would result in the Court remanding this lawsuit to the Superior Court of Chatham County because complete diversity had not been established. (Id.) Accordingly, this case is **REMANDED** to the **Superior Court of Chatham County, Georgia.**[1] The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 25th day of May 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The parties have notified the Court that they were able to independently resolve the question of fees. (Doc. 29.)